UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

JUL 2 8 2022

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                            INDICTMENT NO. 6:22-CR-44-REW

EARL SMITH

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about October 11, 2021, in Clay County, in the Eastern District of Kentucky,

**EARL SMITH**

did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 18 U.S.C. § 924(c)(1)(A)

On or about October 11, 2021, in Clay County, in the Eastern District of Kentucky,

**EARL SMITH**

did knowingly use and carry, brandish, and discharge a firearm during and in relation to a drug trafficking offense for which he may be prosecuted in a Court of the United States,

as set forth in Count 1, that is, possession with the intent to distribute methamphetamine, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
## 18 U.S.C. § 922(g)(1)

On or about July 12, 2022, in Clay County, in the Eastern District of Kentucky,

**EARL SMITH**

knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson, Model SD40 VE, .40 caliber pistol, SN: FBJ5994, and .40 caliber ammunition, and the firearm were in and affecting interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 924(d)

In committing the felony offense alleged in Count Three of this indictment, punishable by imprisonment for more than one year, **EARL SMITH**, used and intended to use the below-listed firearm and ammunition to commit and facilitate the offense. The following items are therefore subject to forfeiture pursuant to 18 U.S.C. § 924(d):

### FIREARMS AND AMMUNITION:

1. a Smith & Wesson, Model SD40 VE, .40 caliber pistol, SN: FBJ5994; and
2. .40 caliber ammunition.

By virtue of the commission of the felony offense charged in Count Three, any and all interest the Defendant has in the above-described property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1).

A TRUE BILL

███████████

_____
CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

# PENALTIES

## COUNT 1:

Not less than 5 years nor more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**If a prior serious drug or violent felony conviction:**
Not less than 10 years and not more than life imprisonment, not more than $8,000,000 fine, and at least 8 years supervised release.

## COUNT 2:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**If the firearm was brandished:** Not less than 7 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**If the firearm was discharged:** Not less than 10 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

## COUNT 3:

Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Forfeiture of all listed assets.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.